422 A.2d 1166

Commonwealth v. Scanga, Appellant.

Argued April 12, 1979.
Timothy R. Bonner, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The judgment of sentence of the lower court is hereby affirmed.

422 A.2d 1166

Humphreys v. Blazczak et al., Appellants.

Argued April 11, 1979.  William J. Krzton, for appellants; Theodore E. Breault, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The order of the lower court is hereby affirmed.